# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

153152

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* BAKER/CALLEJA, Minors.

SC: 153152
COA: 328192
Oakland CC Family Division:
2013-809894-NA

_____/

On order of the Court, the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2016



s0301

Clerk